# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
EDWIN JOHN SHERRY and
KIMBERLY DIANE SHERRY, as
Co-Fiduciaries of ESTATE OF
ANJALIE LEANA-ROSE SHERRY,

Petitioners,

v.

SECRETARY OF HEALTH
AND HUMAN SERVICES,

Respondent.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

No. 20-132V

Special Master Christian J. Moran

Filed: June 24, 2021

Joint stipulation of dismissal; order concluding proceedings.

<u>Kurt Thornbladh</u>, Thornbladh Legal Group, PLLC, Dearborn, MI, for petitioners; <u>Voris E. Johnson</u>, United States Dep't of Justice, Washington, D.C., for respondent.

## ORDER CONCLUDING PROCEEDINGS

On February 5, 2020, petitioners filed a petition under the National Childhood Vaccine Injury Act, 42 U.S.C. §§ 300aa-1 to -34, as amended, alleging that the human papillomavirus ("HPV") vaccine their daughter Anjalie received on February 3, 2016, caused her death due to pulmonary embolism and subsequent cardiac arrest, anoxic brain injury, and brain herniation. See Pet. ¶ 7.

On June 23, 2021, the parties filed a joint stipulation of dismissal stating, "The parties hereby stipulate pursuant to Vaccine Rule 21(a) that this action shall be dismissed." J. Stip. ¶ 2.

Under Vaccine Rule 21(a)(1), petitioners may engage in a voluntary dismissal by filing a stipulation of dismissal which all parties have signed, which the parties here have done.

Under Vaccine Rule 21(a)(3), the result of this voluntary dismissal is an Order Concluding Proceedings.  No judgment will enter pursuant to Vaccine Rule 11 for purposes of 42 U.S.C. § 300aa-21(a).

**Thus, this case is DISMISSED.  The Clerk is directed to remove this case from the docket of the undersigned.**

**IT IS SO ORDERED**.

<u>s/Christian J. Moran</u>
Christian J. Moran
Special Master